IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Gentrup,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Security Industry Specialists Incorporated,<br><br>　　　　　Defendant. | No. CV-21-00916-PHX-JZB<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulated Motion "to Stay Civil Court Proceedings Pending Arbitration" pursuant to 9 U.S.C. § 3. (Doc. 9.) The Court, having reviewed the Stipulation, finds that it should be granted.

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' Stipulation for Arbitration (doc. 9) is **granted**. This action is referred for arbitration and **stayed** pending the completion of arbitration.

　　　　**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on or before **November 19, 2021** and every **90 days** thereafter until the stay is lifted and/or arbitration has been completed. Within **30 days** of the completion of arbitration, the parties shall file notice with the Court that arbitration has been completed and detailing each party's position as to if/how this action should proceed.

　　　　**IT IS FURTHER ORDERED** that the Court's June 25, 2021 Scheduling Order (doc. 7) is **vacated**. If necessary, the Court will issue a new scheduling order after the stay

is lifted in this action.

Dated this 21st day of July, 2021.

Honorable John Z. Boyle
United States Magistrate Judge